**Emp Nbr:** 003511 **Frequency:** 6 **Primary Campus:** 770 Substitutes **Pay Campus:** 770 : Substitutes

**Employee Name:** SULLIVAN, GARY EUGENE **Check Nbr:** 039486 **Withhold Stat:** S

**Pay Date:** 02-13-2026 **Period Begin:** 02-01-2026 **Period End:** 02-28-2026

**Marital Status:** S - Single **Number of Exemptions:** 0 **W4 Other Exemptions:** 0.00

**W4 Filing Status:** M - Married filing jointly **W4 Multi-Job:** N **W4 Nbr Children under 17:** 0

**W4 Nbr Other Dependents:** 0 **W4 Other Income:** 0.00 **W4 Other Deductions:** 0.00

**SULLIVAN, GARY EUGENE**
**503 E PARK AVE**
**WEATHERFORD, TX 76086**

**NOTE: YTD amounts reflect the most recent pay date for the calendar year.**

| Earnings & Deductions | This Period | Calendar YTD 2026 |
|---|---|---|
| Standard Gross: | .00 | .00 |
| Supplemental Pay: | 380.00 | 770.00 |
| Overtime Pay: | .00 | |
| Absence Refund: | .00 | |
| Taxed Fringe Benefits: | .00 | .00 |
| Earned Income Credit: | .00 | .00 |
| Non-TRS Taxable: | .00 | .00 |
| Non-TRS Non-Taxable: | .00 | .00 |
| TRS Supplemental: | .00 | .00 |
| **---Total Earnings:** | **380.00** | **770.00** |
| Absence Deductions: | .00 | |
| Withholding Tax: | .00 | .00 |
| FICA Tax: | .00 | .00 |
| Medicare Tax: | 5.51 | 11.17 |
| TRS Salary Red: | .00 | .00 |
| TRS Insurance: | .00 | .00 |
| Total Other Deductions: | 28.50 | 57.75 |
| **---Total Deductions:** | **34.01** | **68.92** |
| **---Net Pay:** | **345.99** | |
| Non-TRS Non-pay Taxable: | .00 | .00 |
| Non-TRS Non-pay Non-Taxable: | .00 | .00 |

****************************************************************************************************

| | | |
|---|---|---|
| Taxable Wages: | 351.50 | 712.25 |
| FICA Gross: | .00 | .00 |
| Medicare Gross: | 380.00 | 770.00 |
| Emplr Sponsored Health Covrg: | | .00 |

****************************************************************************************************

| Supplemental Type | This Period |
|---|---|
| Other Supplemental | 380.00 |
| **Total Supplemental Pay:** | **380.00** |

****************************************************************************************************

| Other Deductions | Cafe | This Period | Emplr Contrib | YTD 2026 |
|---|---|---|---|---|
| 169 - 457(b) FICA ALTE | | 28.50 | .00 | 57.75 |
| **Total Other Deductions:** | | **28.50** | **.00** | **57.75** |

****************************************************************************************************

**Emp Nbr:** 003511 **Frequency:** 6
**Primary Campus:** 770 Substitutes
**Pay Campus:** 770 : Substitutes
**Employee Name:** SULLIVAN, GARY EUGENE
**Check Nbr:** 039486
**Withhold Stat:** S
**Pay Date:** 02-13-2026
**Period Begin:** 02-01-2026
**Period End:** 02-28-2026
**Marital Status:** S - Single
**Number of Exemptions:** 0
**W4 Other Exemptions:** 0.00
**W4 Filing Status:** M - Married filing jointly
**W4 Multi-Job:** N
**W4 Nbr Children under 17:** 0
**W4 Nbr Other Dependents:** 0
**W4 Other Income:** 0.00
**W4 Other Deductions:** 0.00

---

**SULLIVAN, GARY EUGENE**
**503 E PARK AVE**
**WEATHERFORD, TX 76086**

**NOTE: YTD amounts reflect the most recent pay date for the calendar year.**

---

| Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|
| EECU 311981614 (003) | 2 - Checking account | 2321 | 345.99 |
| | | **Total:** | **345.99** |

************************************************************************************************************************************************************************

| Leave Type | Units Used This Period | Balance | Units Used Year To Date |
|---|---|---|---|
| 02 - LOCAL DAYS | .000 | 3.000 | 2.000 |
| 08 - PERS.STATE | .000 | 4.000 | 1.000 |
| 05 - SCH RELATED | .000 | .000 | .000 |
| 03 - JURY DUTY | .000 | .000 | .000 |

**Emp Nbr:** 003511 **Frequency:** 6
**Employee Name:** SULLIVAN, GARY EUGENE
**Pay Date:** 01-15-2026
**Marital Status:** S - Single
**W4 Filing Status:** M - Married filing jointly
**W4 Nbr Other Dependents:** 0

**Primary Campus:** 770 Substitutes
**Check Nbr:** 037960
**Period Begin:** 01-01-2026
**Number of Exemptions:** 0
**W4 Multi-Job:** N
**W4 Other Income:** 0.00

**Pay Campus:** 770 : Substitutes
**Withhold Stat:** S
**Period End:** 01-31-2026
**W4 Other Exemptions:** 0.00
**W4 Nbr Children under 17:** 0
**W4 Other Deductions:** 0.00

**SULLIVAN, GARY EUGENE**
**503 E PARK AVE**
**WEATHERFORD, TX 76086**

**NOTE: YTD amounts reflect the most recent pay date for the calendar year.**

| Earnings & Deductions | This Period | Calendar YTD 2026 |
|---|---|---|
| Standard Gross: | .00 | .00 |
| Supplemental Pay: | 390.00 | 770.00 |
| Overtime Pay: | .00 | |
| Absence Refund: | .00 | |
| Taxed Fringe Benefits: | .00 | .00 |
| Earned Income Credit: | .00 | .00 |
| Non-TRS Taxable: | .00 | .00 |
| Non-TRS Non-Taxable: | .00 | .00 |
| TRS Supplemental: | .00 | .00 |
| **---Total Earnings:** | **390.00** | **770.00** |
| Absence Deductions: | .00 | |
| Withholding Tax: | .00 | .00 |
| FICA Tax: | .00 | .00 |
| Medicare Tax: | 5.66 | 11.17 |
| TRS Salary Red: | .00 | .00 |
| TRS Insurance: | .00 | .00 |
| Total Other Deductions: | 29.25 | 57.75 |
| **---Total Deductions:** | **34.91** | **68.92** |
| **---Net Pay:** | **355.09** | |
| Non-TRS Non-pay Taxable: | .00 | .00 |
| Non-TRS Non-pay Non-Taxable: | .00 | .00 |

******************************************************************************************************************

| | | |
|---|---|---|
| Taxable Wages: | 360.75 | 712.25 |
| FICA Gross: | .00 | .00 |
| Medicare Gross: | 390.00 | 770.00 |
| Emplr Sponsored Health Covrg: | | .00 |

******************************************************************************************************************

| Supplemental Type | This Period |
|---|---|
| Other Supplemental | 390.00 |
| **Total Supplemental Pay:** | **390.00** |

******************************************************************************************************************

| Other Deductions | Cafe | This Period | Emplr Contrib | YTD 2026 |
|---|---|---|---|---|
| 169 - 457(b) FICA ALTE | | 29.25 | .00 | 57.75 |
| **Total Other Deductions:** | | **29.25** | **.00** | **57.75** |

******************************************************************************************************************

| | | | | | |
|---|---|---|---|---|---|
| **Emp Nbr:** 003511 | **Frequency:** 6 | **Primary Campus:** | 770 Substitutes | **Pay Campus:** | 770 : Substitutes |
| **Employee Name:** | SULLIVAN, GARY EUGENE | **Check Nbr:** | 037960 | **Withhold Stat:** | S |
| **Pay Date:** | 01-15-2026 | **Period Begin:** | 01-01-2026 | **Period End:** | 01-31-2026 |
| **Marital Status:** | S - Single | **Number of Exemptions:** | 0 | **W4 Other Exemptions:** | 0.00 |
| **W4 Filing Status:** | M - Married filing jointly | **W4 Multi-Job:** | N | **W4 Nbr Children under 17:** | 0 |
| **W4 Nbr Other Dependents:** | 0 | **W4 Other Income:** | 0.00 | **W4 Other Deductions:** | 0.00 |

**SULLIVAN, GARY EUGENE**
**503 E PARK AVE**
**WEATHERFORD, TX 76086**

**NOTE: YTD amounts reflect the most recent pay date for the calendar year.**

| Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|
| EECU 311981614 (003) | 2 - Checking account | 2321 | 355.09 |
| | | **Total:** | **355.09** |

*****************************************************************************************************************************************************

| Leave Type | Units Used This Period | Balance | Units Used Year To Date |
|---|---|---|---|
| 02 - LOCAL DAYS | .000 | 3.000 | 2.000 |
| 08 - PERS.STATE | .000 | 4.000 | 1.000 |
| 05 - SCH RELATED | .000 | .000 | .000 |
| 03 - JURY DUTY | .000 | .000 | .000 |